COLUMBIA INSURANCE COMPANY, complainant-respondent,

*v.*

EMANUEL ARTALE, MAMIE ARTALE and JOSEPH T. LIEBLICH, defendants-appellants.

[Argued May 25th, 1933.   Decided September 27th, 1933.]

*Mr. Joseph T. Lieblich,* for the appellants.

*Mr. Arthur T. Vanderbilt,* for the respondents.

PER CURIAM.

The decree will be affirmed, for the reasons stated in the opinion below.

We express no opinion upon the propriety of the award to appellant Lieblich, of a lien on the proceeds of the sale of the mortgaged premises, for attorney's services rendered to his co-appellants, Emanuel Artale and Mamie Artale. The latter have not raised the question, and it is therefore not before us.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   14.

*For reversal*—None.